UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEX W. MILLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-728 |
| | ) |
| OFFICER F/N/U/ DOWNS | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Frensley has issued a Report and Recommendation (Doc. No. 13), to which no objection has been filed. The Court, having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, hereby **ACCEPTS** the Report and Recommendation and this case is **DISMISSED WITHOUT PREJUDICE** for failure to obtain service as required by Rule 4(m), and for failure to respond to prosecute in accordance with Rule 41.

Accordingly, the Clerk of the Court shall enter Judgment and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE